441 A.2d 787

Commonwealth v. Wise, Appellant.

Submitted March 4, 1981. Brian R. Williams, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., WICKERSHAM and BROSKY, JJ.

Judgment of sentence affirmed.

---

441 A.2d 787

Commonwealth v. Wynn, Appellant.

Submitted December 5, 1980. Francis J. Moran, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WIEAND and SHERTZ, JJ.

Judgment of sentence affirmed.

Decision was rendered prior to SHERTZ, J., leaving the bench of the Superior Court of Pennsylvania.